# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JEROME SCOTT,

        Plaintiff,

v.                              CASE NO.  4:07cv525-RH/WCS

MICHAEL J. ASTRUE,

        Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 7), to which no objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk shall enter judgment stating, "This action is DISMISSED without prejudice."  The clerk shall close the file.

SO ORDERED this 26th day of March, 2008.

                            s/Robert L. Hinkle_____
                            Chief United States District Judge